Case 1:18-cv-05545-PGG Document 10 Filed 08/13/18 Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/3/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUC BURBON, on behalf of herself and all others similarly situated,

Plaintiffs,

-against-

NEUBERGER BERMAN GROUP LLC

Defendant.

Case No. 1:18-cv-05545-PGG

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
August 10, 2018

By: ____________________
Joseph H. Mizrahi, Esq.
Cohen & Mizrahi LLP
300 Cadman Plaza West, 12th Floor
Brooklyn, New York 11201
joseph@cml.legal
*Attorney for Plaintiff*

By: ____________________
John Egan, Esq.
Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York 10018
jegan@seyfarth.com
*Attorney for Defendant*

**SO ORDERED:**

____________________
**Paul G. Gardephe, U.S.D.J.**

**Dated:** Oct. 3, 2018